### 10981

MORRIS v. ORANGEBURG FERTILIZER CO. *ET AL.*
PATTERSON *ET AL.* v. SAME
(113 S. E. 319)

Before SHIPP, J., Barnwell.   Affirmed.

Action by J. B. Morris against Orangeburg Fertilizer Company and Home Bank of Barnwell, and by Angus Patterson and Robert A. Patterson against the same parties. From order overruling a motion to transfer said cases to Orangeburg County the defendants appeal.

*Messrs. Raysor, Moss & Lide, Wolfe & Berry* and *Harley & Blatt,* for appellants, cite: *Jurisdiction of corporation in county other than that of its location*: 113 S. C. 460; 79 S. C. 555; 68 S. C. 258.   *Defendant joined to give jurisdiction*: 112 S. C. 128.   *Motion proper at any time during suit:* 79 S. C. 555; 74 S. C. 438.

*Messrs. Chas. Carroll Sims* and *Thos. M. Boulware,* for respondent, cite: *Answer to merits waives right to transfer*: 84 S. C. 343; 72 S. C. 572.

August 17, 1922.

The opinion of the Court was delivered by Mr. Justice Marion.

These two cases were heard together with the appeal in the case of *J. O. Patterson, Jr., v. Orangeburg Fertilizer Company*, 113 S. E. 318. The appeal arises out of substantially the same state of facts, and is controlled by the decision in that case.

The orders appealed from are affirmed.